ORIGINAL

FILED
NOV 5 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM FUELS, INC., on its own behalf and as agent for ENTERGY LOUISIANA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No.: 03-2621C

Judge: ______________

**SYSTEM FUELS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, System Fuels, Inc. ("SFI"), through its undersigned counsel, respectfully submits this corporate disclosure statement. SFI is directly owned by the following four parent corporations: (1) Entergy Arkansas, Inc.; (2) Entergy Louisiana, Inc.; (3) Entergy Mississippi, Inc.; and (4) Entergy New Orleans, Inc. SFI's four direct parent corporations (including Entergy Louisiana, Inc. named in the caption) are not publicly held corporations, but they are each wholly owned subsidiaries of Entergy Corporation, which is a publicly held corporation. Thus, through its subsidiaries, Entergy Corporation owns more than 10% of SFI.

Dated: November 5, 2003

Respectfully submitted,

Alex D. Tomaszczuk

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for Entergy Louisiana, Inc.

*Of Counsel*:
Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Joseph L. Blount
Entergy Services, Inc.
Legal and External Affairs
P.O. Box 31995
Jackson, MS 39286-1995