# In the United States Court of Federal Claims

(Filed April 16, 2003)

FILED
APR 16 2003
U.S. COURT OF FEDERAL CLAIMS

**************************************** *

YANKEE ATOMIC ELECTRIC COMPANY *
CONNECTICUT YANKEE ATOMIC POWER COMPANY *
MAINE YANKEE ATOMIC POWER COMPANY *
FLORIDA POWER & LIGHT COMPANY *
NORTHERN STATES POWER COMPANY *
DUKE POWER, A Division of DUKE ENERGY CORP. *
INDIANA MICHIGAN POWER COMPANY *
SACRAMENTO MUNICIPAL UTILITY DISTRICT *
SOUTHERN NUCLEAR OPERATING COMPANY, et al. *
COMMONWEALTH EDISON COMPANY *
BOSTON EDISON COMPANY *
GPU NUCLEAR, INCORPORATED *
WISCONSIN ELECTRIC POWER COMPANY *
POWER AUTHORITY OF THE STATE OF NEW YORK *
OMAHA PUBLIC POWER DISTRICT *
NEBRASKA PUBLIC POWER DISTRICT *
TENNESSEE VALLEY AUTHORITY *
PSEG NUCLEAR LLC *
VERMONT YANKEE NUCLEAR POWER CORP. *
DETROIT EDISON COMPANY *
CONSUMERS ENERGY COMPANY, *

Plaintiffs, *

v.

THE UNITED STATES,

Defendant.

****************************************

Case Nos.
98-126C, 98-154C,
98-474C, 98-483C,
98-484C, 98-485C,
98-486C, 98-488C,
98-614C, 98-621C,
99-447C, 00-440C,
00-697C, 00-703C,
01-115C, 01-116C,
01-249C, 01-551C,
02-898C, 02-926C,
02-1894C

UNCONSOLIDATED

FILE

**ORDER**

Pursuant to the parties' Joint Status Report of April 4, 2003, in response to the Orders of this Court of March 7 and March 18, 2003, and Rule 1 of the Rules of the Court, the Court hereby **ORDERS**:

1) That the following cases shall be considered by the Court as "lead" or "accelerated" cases for resolution of dispositive motions:

Yankee Atomic Electric Company, # 98-126 C (Judge Merow);
Connecticut Yankee Atomic Power Company, # 98-154 C (Judge Merow);
Maine Yankee Atomic Power Company, #98-474 C (Judge Merow);
Florida Power & Light Company, # 98-483 C (which has been transferred to Judge Sypolt);
Indiana Michigan Power Company, # 98-486 C (Judge Hodges);
Commonwealth Edison Company, # 98-621 C (Judge Hewitt); and

2) That the remaining cases captioned above shall be **STAYED** unless affirmatively ordered to proceed by the presiding judge in any individual case.

The Court also hereby **DENIES** as moot the April 4, 2003, motion of the Yankee Utility Plaintiffs (Yankee Atomic, Connecticut Yankee, and Maine Yankee) for reconsideration of the Court's March 7 Order. The Court further **STAYS** decision on Defendant's motion of February 14, 2003, to renew consideration of its motion to consolidate the above captioned cases before a single judge until the dispositive motions in the accelerated cases are resolved.

**IT IS SO ORDERED.**

EDWARD J. DAMICH
Chief Judge