# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed May 14, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SYSTEM FUELS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER SCHEDULING
STATUS CONFERENCE**

---

In accordance with the agreement of the parties, the Court will convene a telephonic status conference on **May 18, 2004, at 2:30 p.m.** The Court will initiate the teleconference and a court reporter will transcribe the proceedings.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**