# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed May 20, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SYSTEM FUELS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER DENYING DEFENDANT'S MOTION TO STAY**

---

On January 5, 2004, Defendant filed a motion to stay proceedings in the above-captioned action. As a result of discussions during a telephonic status conference held on May 18, 2004, the Court **DENIES** Defendant's motion.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**