IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SYSTEM FUELS, INC.**, on its own behalf and as agent for ENTERGY LOUISIANA, INC., Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 03-2621C (Judge Williams) |

**JOINT STATUS REPORT**

Plaintiff and Defendant jointly file this status report pursuant to the Court's May 20, 2004 Order directing the parties to report back to the Court advising of their positions regarding entry of a protective order and an order on e-mail issues. The parties respectfully request an additional two weeks until June 28, 2004 to submit either (1) proposed orders to the Court on these matters or (2) another joint status report updating the Court as to the parties progress in negotiating the terms of acceptable protective and e-mail preservation orders.

At this time, the parties preliminarily have corresponded regarding the wording of the protective order and e-mail preservation order, but have not yet had an opportunity to more fully discuss disagreements regarding the proposed language of the orders. Additionally, based on the Defendant's request that each spent nuclear fuel case use the same protective order and counsel for Defendant's service to plaintiffs' counsel in other spent nuclear fuel cases of Defendant's June 8, 2004 letter discussing these issues, counsel for Plaintiff has attempted to coordinate a response with counsel for the other spent nuclear fuel plaintiffs (as contemplated during the May 18, 2004 status conference). Additionally, the closing of the Federal government in honor of

former President Reagan has also minimized the amount of time the parties have had to discuss these issues.

Therefore, for the foregoing reasons, the parties jointly request an additional two weeks until June 28, 2004 to submit either (1) proposed orders to the Court on these matters or (2) another joint status report updating the Court as to the parties progress in negotiating the terms of acceptable protective and e-mail preservation orders.

Dated: June 14, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel Herzfeld
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for Entergy Louisiana, Inc.

Of Counsel:

Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Jager Smith
Entergy Services, Inc.
Legal and External Affairs
P.O. Box 31995
Jackson, MS 39286-1995

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Daniel S. Herzfeld
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585