# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed June 16, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **SYSTEM FUELS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PARTIES' MOTION FOR EXTENSION OF TIME**

---

On June 14, 2004, the parties jointly filed their status report pursuant to the Court's May 19, 2004 Order directing the parties to advise the Court of their positions regarding entry of a protective order and an order on e-mail issues. The parties have requested an additional two weeks until **June 28, 2004**, within which to file a joint status report updating the Court as to their progress in negotiating the terms of acceptable protective and e-mail preservation orders. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**