# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed June 30, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

On June 25, 2004, Defendant filed an unopposed motion for an enlargement of time of 21 days, to and including July 16, 2004, within which to file its response to Plaintiff's motion for partial summary judgment regarding liability. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**