# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed June 30, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**SYSTEM FUELS, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

---

On June 28, 2004, Defendant filed an unopposed motion for an enlargement of time of 10 days, to and including July 8, 2004, within which to file the parties' status report regarding the entry of a protective order and e-mail preservation order in this case. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**