# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed July 19, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

On July 16, 2004, Defendant filed an unopposed motion for an enlargement of time of 10 days, to and including July 26, 2004, within which to file its response to Plaintiff's motion for partial summary judgment regarding liability. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**