IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for ENTERGY LOUISIANA, INC. | ) | |
| Plaintiff, | ) | No. 03-2621C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of three (3) additional days, to and including July 28, 2004, within which to file its response to the plaintiff's motion for partial summary judgment regarding liability. The Government's response is currently due on Monday, July 26, 2004. Defendant has previously been granted two enlargements of time totaling 31 days for this purpose. Counsel for plaintiff, Devon Hewitt, has represented that the plaintiff in this action does not oppose this motion. We apologize for the necessity of this motion, however, the time that counsel has been devoting to numerous spent nuclear fuel ("SNF") case matters, including the current trial in Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), and two other SNF cases, have made this motion necessary.

In seeking our prior enlargement of time to respond to the motion, we anticipated that we would be able to complete our responses despite the fact that a seven-week trial in three of the SNF cases – Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), and two others pending before Senior Judge Merow – was to begin on Monday, July 12, 2004. Unfortunately, the time that numerous attorneys have been required to devote to preparation for

the trial that started two weeks ago, as well as extensive discovery in Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.); expert and additional fact discovery and other time-consuming activities in Commonwealth Edison Co. v. United States, Nos. 98-621C & 04-103C (Fed. Cl.); and activity in other Standard Contract cases continue to significantly affect our resources and our ability to complete our efforts to finalize our response to the plaintiff's motion for partial summary judgment in this case. For these reasons, we respectfully request that the Court grant us an additional three (3) days within which to review and respond to the plaintiff's motion.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time of three (3) days, to and including July 28, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

July 26, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 26th day of July 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.