**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SYSTEM FUELS, INC., on its own behalf and as agent for ENTERGY LOUISIANA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2621C
(Judge Williams)

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff System Fuels, Inc. ("SFI"), on its own behalf and as agent for Entergy Louisiana, Inc. respectfully requests an enlargement of time of three days from August 30, 2004 through September 2, 2004 within which to file its reply in support of its motion for summary judgment and response to the Defendant United States' (the "Government") cross-motion for summary judgment and motion to dismiss. This is the first request for an enlargement of time to file this combined response/reply brief. Counsel for SFI has spoken with counsel for the Government, who has advised that the Government does not object to this motion.

Counsel for SFI needs this enlargement due to the press of work in other on-going cases in this Court and the U.S. Court of Appeals for the Federal Circuit. In particular, since receiving the Government's response and cross-motion, counsel for SFI had to prepare and file a response to the Government's motion to transfer and consolidate Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Lettow, J.) with Consolidated Edison Co. of N.Y. v. United States, No. 04-0033 (Bruggink, S.J.). Also, counsel recently filed requests for entry of protective orders in seven cases before this Court, including the instant case, Entergy Nuclear Generation Co. v.

United States, No. 03-2626C (Lettow, J.), Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Lettow, J.), Sys. Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), Entergy Gulf States, Inc. v. United States, No. 03-2625C (Williams, J.), Sys. Fuels, Inc. v. United States, No. 03-2624C (Braden, J.), and Detroit Edison Co. v. United States, No. 02-926C (Williams, J.). On August 18, 2004, counsel filed a motion to dismiss the Government's cross-appeal in Indiana Mich. Power Co. v. United States, Nos. 04-5122, -5139 (Fed. Cir.). On August 27, 2004, counsel of record filed a joint status report in response to an order issued by Judge C. Miller (of this Court) in a non-spent nuclear fuel case – Florida Power & Light Co. v. United States, No. 96-644C et al.

For the foregoing reasons, SFI respectfully requests an enlargement of time of three days from August 30, 2004 through September 2, 2004 within which to file its reply in support of its motion for summary judgment and response to the Government's cross-motion for summary judgment.

Dated: August 30, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf and as agent for
Entergy Louisiana, Inc.

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000