# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed September 2, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SYSTEM FUELS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

---

On August 30, 2004, Plaintiff filed a motion for an enlargement of time of 3 days, to and including September 2, 2004, within which to file its reply in support of its motion for summary judgment and response to Defendant's cross-motion for summary judgment and motion to dismiss. Defendant does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**