# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed September 22, 2004)**

| | |
|---|---|
| **SYSTEM FUELS, INC.,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

On September 20, 2004, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including October 20, 2004, within which to file its reply to Plaintiff's response to the Government's cross-motion for summary judgment regarding liability. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**