# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed October 26, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On October 20, 2004, Defendant filed an unopposed motion for an enlargement of time of 9 days, to and including October 29, 2004, within which to file its reply to Plaintiff's response to the Government's cross-motion for summary judgment regarding liability. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**