IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM FUELS, INC. on its own behalf and, as agent for ENTERGY LOUISIANA, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2621C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

Defendant respectfully requests that, pursuant to Rule 5.2(b)(1) of the Rules of this Court ("RCFC"), the Court grant leave to exceed the page limitations established in RCFC 5.2(b)(1) with regard to reply briefs by 14 pages. Accompanying this motion is our reply to plaintiff's September 2, 2004 response to our motion for summary judgment upon Counts I and II of plaintiff's complaint and to dismiss Count III of plaintiff's complaint. The reply brief is 34 pages in length.

As the Court is aware, this case is one of 60 cases currently pending before this Court in which the Department of Energy ("DOE") is alleged to have breached the Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste ("Standard Contract"). In response to the plaintiff's motion for summary judgment upon liability, the Government filed its own cross-motion for summary judgment upon the plaintiff's claim that the Government is liable for a breach of contract in this case and upon its claim that the Government has violated the implied duty of good faith and fair dealing. We also included a motion to dismiss the plaintiff's takings claim. If granted, our motion for summary judgment and to dismiss would dispose of the entirety of this case.

In its response to our motion, the plaintiff has raised several arguments. Many of these arguments have been addressed thoroughly in briefing in other spent nuclear fuel cases pending before this Court. In those cases, many of the legal issues have been briefed separately. Specifically, the numerous arguments that the plaintiff raises in response to the Government's takings claim have typically been addressed in other cases in a motion, response, and reply brief that have been devoted exclusively to the takings claims. Here, however, we have included all of our motions in a single brief that is far less extensive than the briefing that we had found necessary to file in other cases. To ensure that the record in this case adequately all of the arguments that we believe necessary to respond to the plaintiff's positions, we have found it necessary to exceed the page limits imposed on reply briefs by RCFC 5.2(b)(1) by 14 pages. To allow us to reply fully to the plaintiff's arguments and to complete briefing in this matter, we respectfully request that the Court grant us leave to file the reply brief that accompanies this motion.

For the foregoing reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester. Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

October 29, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of October, 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.