TABLE OF CONTENTS

PAGE

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S COMPLAINT AND MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT .......... 1

DISCUSSION .......... 1

I. IN RESPONSE TO THE GOVERNMENT'S CROSS-MOTION, SFI DID NOT PRESENT ANY EVIDENCE OF DAMAGE TO PRECLUDE SUMMARY JUDGMENT IN THE GOVERNMENT'S FAVOR UPON LIABILITY FOR BREACH OF CONTRACT .......... 1

A. Incorrectly Assuming That "Breach And "Liability Are Synonymous Terms, SFI Has Failed To Present Any Evidence Of Damage Resulting From DOE's Delay In Beginning Spent Nuclear Fuel Acceptance From Other Contract Holders .......... 1

B. SFI Cannot Recover Damages That It Currently Anticipates Incurring In The Future .......... 4

C. Even If SFI Had Established Some Damage Under Its Theory Of DOE's Obligations, Its Theory Of DOE's Obligations Is Incorrect .......... 6

D. SFI's Explanations About The Reasons It Never Submitted A Delivery Commitment Schedule Are Unsupported .......... 11

E. SFI Cannot Recover Damages Prior To DOE's Failure To Accept Its SNF Under A "Pre-Breach Mitigation" Theory .......... 12

II. SFI HAS FAILED TO PROFFER THE SUBSTANTIAL EVIDENCE NECESSARY TO SUPPORT ITS GOOD FAITH AND FAIR DEALING CLAIM, MANDATING DISMISSAL OF THAT CLAIM .......... 14

TABLE OF CONTENTS (cont'd)

PAGE

III. SFI HAS FAILED TO DISTINGUISH ITS TAKINGS CLAIM FROM ITS BREACH OF CONTRACT CLAIM, AND THE TAKINGS CLAIM SHOULD, THEREFORE, BE DISMISSED ..... 19

A. SFI's Complaint About Its Real Property Is Merely A Redescription Of Its Complaint About DOE's Failure To Satisfy Its Obligations Under The Standard Contract ..... 19

B. Given That SFI Still Controls And Has Sole Possession Of Its Real Property, The Government Has Not "Taken" SFI's Property Rights In Its Real Property ..... 21

C. SFI's Assertion That The Federal Circuit Has Already Permitted Spent Nuclear Fuel Plaintiffs To Pursue Contract And Takings Claims Concurrently Is Unfounded And Misleading ..... 23

D. SFI's Argument That It Could Recover Additional Types Of Damges Under A Takings Theory That Would Otherwise Not Be Recoverable Under A Breach Of Contract Theory Provides No Basis For A Takings Claim ..... 27

E. The Cases That SFI Cites To Support Its Ability To Recover Under Both Contract And Takings Theories Do Not Support Its Argument ..... 28

IV. DEFENDANT'S REQUEST FOR LIMITED DISCOVERY ON LIABILITY ISSUES IS APPROPRIATE UNDER THESE CIRCUMSTANCES ..... 31

CONCLUSION ..... 33

# TABLE OF AUTHORITIES

CASES PAGE(S)

A&S Council Oil Co. v. Lader,
56 F.3d 234 (D.C. Cir. 1995) .......... 31

Allegre Villa v. United States,
60 Fed. Cl. 11 (2004) .......... 31

Aleutian Constructors v. United States,
24 Cl. Ct. 372, 384 (1991) .......... 10

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002) .......... 14, 15, 19

Applied Cos. v. United States,
144 F.3d 1470 (Fed. Cir. 1998) .......... 4, 15

Asco-Falcon II Shipping Co. v. United States,
32 Fed. Cl. 595 (1994) .......... 14

Avenal v. United States,
33 Fed. Cl. 778 (1995), aff'd, 100 F.3d 933 (Fed. Cir. 1996) .......... 4, 15

Bailey v. United States,
53 Fed. Cl. 251 (2002), aff'd sub nom.
FDIC v. United States, 342 F.3d 1313, 1320 (Fed. Cir. 2003) .......... 20

Barmag Barmer Maschinenfabrik AG v. Murata Machinery, Ltd.,
731 F.2d 831 (Fed. Cir. 1984) .......... 4, 15

Branch v. United States,
69 F.3d 1571 (Fed. Cir. 1995) .......... 25

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in relevant part, rev'd in part on other grounds,
301 F.3d 1328 (Fed. Cir. 2002) .......... 20, 28

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) .......... 12, 17, 18, 24

Cosmo Construction Co. v. United States,
196 Ct. Cl. 463, 451 F.2d 602 (1971) .......... 3

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Cotton v. United States,
29 Ct. Cl. 207 (1894) ..... 16

Coughlin v. Blair,
41 Cal. 3d 587, 262 P.2d 305 (1953) ..... 5

Detroit Edison Co. v. United States,
56 Fed. Cl. 299 (2003) ..... 26

FDIC v. United States,
342 F.3d 1313 (Fed. Cir. 2003) ..... 20

Fern v. United States,
908 F.2d 955 (Fed. Cir. 1990) ..... 25

Florida Power & Light Co. v. United States,
No. 98-483C, slip op. (Fed. Cl. Oct. 14, 2004) (unpublished) ..... 8

Franconia Associates v. United States,
61 Fed. Cl. 718 (2004) ..... 21

Franklin Savings Corp. v. United States,
56 Fed. Cl. 720 (2003), aff'd, 97 Fed. Appx. 331 (Fed. Cir. 2004) ..... 14

Granite Management Corp. v. United States,
55 Fed. Cl. 164 (2003) ..... 20, 26, 28

Government Systems Advisors, Inc. v. United States,
21 Cl. Ct. 400, 411, vacated on other grounds, 25 Cl. Ct. 554 (1990) ..... 10

Gregory Lumber Co. v. United States,
9 Cl. Ct. 503, 532 (1986) ..... 32

Hoch v. United States,
31 Fed. Cl. 111 (1994) ..... 4, 15

Home Savings of America, F.S.B. v. United States,
51 Fed. Cl. 487 (2002) ..... 20, 26, 28

Honeywell, Inc. v. United States,
228 Ct. Cl. 591, 661 F.2d 182 (1981) ..... 23

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) .......... 9

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004) .......... 5, 6, 13

Imperial Tobacco Ltd. v. Philip Morris, Inc.,
899 F.2d 1575 (Fed. Cir. 1990) .......... 4

Integrated Logistics Support Systems International, Inc. v. United States,
42 Fed. Cl. 30 (1998) .......... 30

Kaiser v. Northwest Shopping Ctr., Inc.,
587 S.W.2d 454 (Tex. Civ. Ct. 1979) .......... 5

LaVan v. United States,
382 F.3d 1340 (Fed. Cir. 2004) .......... 20

Levi Strauss & Co. v. Genesco, Inc.,
742 F.2d 1401 (Fed. Cir. 1984) .......... 4, 15

Ling-Temco-Vought, Inc. v. United States,
201 Ct. Cl. 135, 475 F.2d 630 (1973) .......... 10

Lockheed Martin Corp. v. United States,
50 Fed. Cl. 550 (2001), aff'd, 48 Fed. Appx. 752 (Fed. Cir.2002) .......... 20

Lucas v. South Carolina Coastal Council,
505 U.S. 1003 (1992) .......... 21

Lujan v. Defenders of Wildlife,
504 U.S. 555 (1992) .......... 6

Maine Yankee Atomic Power Co. v. United States,
225 F.3d 1336 (Fed. Cir. 2000) .......... 23

Members of the Peanut Quota Holders Association, Inc. v. United States,
60 Fed. Cl. 524 (2004) .......... 25

Middleton v. United States,
175 Ct. Cl. 786 (1966) .......... 13

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Munn v. Illinois,
94 U.S. 113 (1876) ........ 25

National By-Products, Inc. v. United States,
186 Ct. Cl. 546, 405 F.2d 1256 (1969) ........ 10, 27

National Life Insurance Co. v. Solomon,
529 F.2d 59 (2d Cir. 1975) ........ 32

Newman-Green, Inc. v. Alfonzo-Larrain,
490 U.S. 826 (1989) ........ 6

Northern Helex Co. v. United States,
197 Ct. Cl. 118, 455 F.2d 546 (1972) ........ 11

Opryland USA, Inc. v. The Great America Music Show, Inc.,
970 F.2d 847 (Fed. Cir. 1992) ........ 32

Pennsylvania Coal Co. v. Mahon,
260 U.S. 393 (1922) ........ 22

Pittman v. Chicago Board of Education,
64 F.3d 1098 (7th Cir. 1995), cert. denied, 517 U.S. 1243 (1996) ........ 25

Plaintiffs in Winstar-Related Cases v. United States,
37 Fed. Cl. 174 (1997), aff'd sub nom,
Ariadne Fin. Serv. Pty, Ltd. v. United States, 133 F.3d 874 (Fed. Cir.),
cert. denied, 525 U.S. 823 (1998) ........ 27

Puritan Assocs. v. United States,
215 Ct. Cl. 976 (1977) ........ 2

Robinson v. United States,
305 F.3d 1330 (Fed. Cir. 2002) ........ 12

Rollins v. United States,
23 Ct. Cl. 106 (1888) ........ 16

Sacramento Municipal Utility District v. United States,
61 Fed. Cl. 438 (2004) ........ 26

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Solar Turbines, Inc. v. United States,
23 Cl. Ct. 142 (1991) ........ 18

Southern Nuclear Operating Co. v. United States,
No. 98-614C, slip op. (Fed. Cl. Apr. 7, 2004) (unpublished) ........ 24, 25

Sun Oil Co. v. United States,
215 Ct. Cl. 716, 572 F.2d 786 (1978) ........ 19

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) ........ 13, 17

Westfed Holdings, Inc. v. United States,
52 Fed. Cl. 135 (2002) ........ 20, 26

Yankee Atomic Electric Co. v. United States,
No. 98-126C, slip op. (Fed. Cl. June 26, 2003) ........ 25

STATUTES AND REGULATIONS

42 U.S.C. §§ 2041b-2041i ........ 24

10 C.F.R. § 961.11 ........ passim

48 Fed. Reg. 16590 (Apr. 18, 1983) ........ 9

64 Fed. Reg. 18451 (Apr. 14, 1999) ........ 22

TABLE OF AUTHORITIES (cont'd)

MISCELLANEOUS PAGE(S)

Restatement (Second) of Contracts § 236 (1981) .......... 5

Restatement (Second) of Judgments § 26 (1982) .......... 5

9 A. Corbin, Corbin on Contracts § 946 (interim ed. 1979) .......... 5

Comptroller General Warren to the Secretary of War,
B-28964, 22 Comp. Gen. 291 (1942) .......... 16

Decision by Comptroller General, 3 Comp. Gen. 942 .......... 16

INDEX TO REPLY APPENDIX

DOCUMENT PAGE

Letters from M. Detmer, DOE Contracting Officer, to Gulf States Utilities Company and Detroit Edison Company, dated March 4, 1992, providing accompanying Delivery Commitment Schedule Instructions ........ 1

Transcript of testimony of Christopher Kouts, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 2, 2004 ........ 5

Transcript of testimony of Ronald A. Milner, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 10, 2004 ........ 14

Transcript of testimony of Thomas Pollog, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 4, 2004 ........ 18

Transcript of testimony of David Zabransky, DOE, from Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.), on August 5, 2004 ........ 30

Memorandum from Ronald A. Milner, DOE, to John Bartlett, DOE, dated December 20, 1991 ........ 38

Memorandum to Director, Office of Civilian Radioactive Waste Management, dated December 21, 1990 ........ 40

Pages from Civilian Radioactive Waste Management System Requirements Document Revision 5 (DOE/RW-0406), dated January 1999 ........ 41

ATTACHMENT: Declaration of Harold D. Lester, Jr. (following page 42)