(Judge Williams)
No. 03-2621C

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

SYSTEMS FUELS, INC., on its own behalf and
as agent for ENTERGY LOUISIANA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX TO
DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON
COUNTS I AND II OF PLAINTIFF'S COMPLAINT AND
MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D. C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

October 29, 2004