# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed November 2, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE REPLY BRIEF PAGE LIMIT**

On October 29, 2004, Defendant filed a motion seeking leave of the Court to file a reply brief that exceeds the page limit established in RCFC 5.2(b)(2) by 14 pages. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**