# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed December 29, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

On December 22, 2004, Plaintiff filed a motion to supplement its September 2, 2004, "reply in support of its motion for summary judgment on liability and response in opposition to Defendant's motion for summary judgment upon counts I and II of Plaintiff's complaint and motion to dismiss count III of Plaintiff's complaint." Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**