# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed January 19, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

On January 10, 2005, Defendant filed a motion for leave to file a response to Plaintiff's supplement to its September 2, 2004, "reply in support of its motion for summary judgment on liability and response in opposition to Defendant's motion for summary judgment upon counts I and II of Plaintiff's complaint and motion to dismiss count III of Plaintiff's complaint." Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**