# In the United States Court of Federal Claims

**No. 03-2621C**
**(Filed April 4, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER REQUESTING SUPPLEMENTAL BRIEFING

---

Pending are cross-motions for summary judgment and Defendant's motion to dismiss Plaintiff's taking claim. In light of the recent decision of the United States Court of Appeals for the Federal Circuit in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (2005), as well as decisions recently issued by the Court of Federal Claims, the Court is requesting additional briefing by the parties on any impact these decisions might have on the pending motions. See Tennessee Valley Authority v. United States, 69 Fed. Cl. 515 (2006); Energy Northwest v. United States, 69 Fed. Cl. 500 (2006); Boston Edison Co. v. United States, 64 Fed. Cl. 167 (2005); Entergy Nuclear Generation Co. v. United States, 64 Fed. Cl. 336 (2005); Entergy Nuclear Indian Point 2, LLC v. United States, 64 Fed. Cl. 515 (2005); System Fuels, Inc. v. United States, 65 Fed. Cl. 163 (2005); Consolidated Edison Co. v. United States, 67 Fed. Cl. 285 (2005).

As agreed by the parties, Plaintiff and Defendant shall file simultaneous supplemental briefs by **May 10, 2006**, and simultaneous reply briefs no later than **May 31, 2005**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**