**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 8, 2006)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for ENTERGY LOUISIANA, INC.<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2621C<br>(Judge Williams) |

**JOINT MOTION TO DEFER SUPPLEMENTAL BRIEFING**
**PENDING FEDERAL CIRCUIT DECISION**

Pursuant to RCFC 6 and 6.1, Plaintiff System Fuels, Inc., on its own behalf and as agent for Entergy Louisiana, Inc. (together "SFI"), by and through its undersigned counsel, respectfully requests that the Court defer the date the Court requested the parties to file simultaneous supplemental briefs from May 10, 2006 to a date thirty calendar days from the date on which a decision is filed in PSEG Nuclear, L.L.C. v. United States, No. 05-5162, an appeal now pending before the United States Court of Appeals for the Federal Circuit. Counsel for SFI has spoken with counsel for the Government, Harold D. Lester, Jr., who has represented that the Government joins in this motion to defer briefing.

On April 4, 2006, the Court requested additional briefing from the parties on any impact several recent decisions at the Federal Circuit and the Court of Federal Claims might have on pending cross-motions for summary judgment and the Defendant's motion to dismiss Plaintiff's taking claim in this case. In addition to the cases mentioned in the Court's order, the PSEG Nuclear appeal now pending at the Federal Circuit could have a precedential effect on the instant

case regarding the key issue of jurisdiction. The central issue in the PSEG Nuclear case is whether the Court of Federal Claims has jurisdiction over a breach-of-contract damages claim under the Tucker Act, 28 U.S.C. § 1491(a), a claim identical to the breach-of-contract damages claim in this case. Both SFI and the Government agree that until the Federal Circuit files a decision in PSEG Nuclear, the requested supplemental briefs could not fully deal with the issues the Court requested the parties address, and that filing these supplemental briefs prior to the Federal Circuit's decision in PSEG Nuclear would not be an efficient use of either the Court's or the parties' resources. Furthermore, a deferral of the due date for the simultaneous supplemental briefs would not delay the schedule of this case, as no trial date for this case has yet been established and this case remains in a preliminary posture.

For the foregoing reasons and for good cause shown, the parties respectfully request that the Court grant this motion and defer the due date for the submission of supplemental briefs to a date thirty days from the date the Federal Circuit issues its decision in PSEG Nuclear.

Dated: May 8, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf
and as agent for Entergy Louisiana, Inc.

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
Orest J. Jowyk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway

Jackson, MS 39213
601-368-5572
601-368-5816 (fax)