# In the United States Court of Federal Claims

**No. 03-2621C**
**(Filed May 9, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION**
**TO DEFER SUPPLEMENTAL BRIEFING**

---

On April 4, 2006, the Court requested additional briefing from the parties on any impact of several recent decisions of the United States Court of Appeals for the Federal Circuit (Federal Circuit) and United States Court of Federal Claims (COFC) on the pending motions. The parties were scheduled to file simultaneous supplemental briefs by May 10, 2006, and simultaneous reply briefs no later than May 31, 2005.

On May 8, 2006, the parties filed a joint motion to defer the date for filing their supplemental briefs until thirty calendar days from the date on which a decision is filed in PSEG Nuclear, L.L.C. v. United States, No. 05-5162, an appeal now pending before the Federal Circuit. The parties seek a deferral because the PSEG Nuclear decision could have a precedential effect on the instant case regarding the issue of jurisdiction. Good cause having been shown, the motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**