**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 30, 2006)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for ENTERGY LOUISIANA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-2621C<br>(Judge Williams) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff System Fuels, Inc., on its own behalf and as agent for Entergy Louisiana, Inc., through the undersigned counsel, respectfully requests an enlargement of time of thirty-one days from October 30, 2006 through November 30, 2006 within which to file its supplemental brief regarding the impact of recent decisions by this Court and the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit") on the parties' pending summary judgment motions. Plaintiff's and Defendant's (the "Government") simultaneous supplemental briefs were initially due on May 10, 2006. Per the Court's May 9, 2006 Order, briefing was deferred until 30 days after the Federal Circuit issued a decision in PSEG Nuclear, LLC v. United States, No. 05-5162 ("PSEG"). On September 29, 2006, the Federal Circuit issued its decision in PSEG holding that this Court has subject-matter jurisdiction under the Tucker Act over plaintiff utilities' breach of contract claims in the spent nuclear fuel damages cases. 2006 U.S. App. LEXIS 24585 (Fed. Cir. Sept. 29, 2006). Therefore, the parties' simultaneous supplemental briefs in this case are currently due on October 30, 2006.

This is the second enlargement sought by Plaintiff for the filing of its supplemental brief. If the instant motion for enlargement is granted, Plaintiff respectfully requests that the Court grant a similar 31-day enlargement of time through November 30, 2006 for the filing of the Government's supplemental brief. Counsel for Plaintiff has spoken with counsel for the Government, Mr. Harold Lester, who has represented that the Government does not oppose this motion for enlargement.

An enlargement of time of thirty-one days is necessary for at least two reasons. First, the undersigned counsel for Plaintiff and counsel for the Government are currently in Minneapolis, Minnesota for a four-week trial in another spent nuclear fuel damages case, Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.), which trial commenced on October 24, 2006. Second, as the Court may be aware, an extensive trial decision was issued on September 30, 2006 in Yankee Atomic Elec. Co. v. United States, No. 98-126C (Merow, S.J.) ("Yankee"). A trial decision was also issued on October 13, 2006 in Pacific Gas & Elec. Co. v. United States, No. 04-74C (Hewitt, J.) ("PG&E"). Because it is likely that the parties' supplemental briefs will discuss to some extent this Court's recent trial decisions in Yankee and PG&E, the parties need additional time to analyze the effect (if any) of these cases on the pending summary judgment motions in this case.

## CONCLUSION

Thus, for the foregoing reasons and for good cause shown, Plaintiff respectfully requests an enlargement of time of thirty-one days from October 30, 2006 through November 30, 2006 for the parties to file their simultaneous supplemental briefs regarding the pending motions for summary judgment in this case.

Dated: October 30, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf and
as agent for Entergy Louisiana, Inc.

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
601-368-5572
601-368-5816 (fax)