# In the United States Court of Federal Claims

**No. 03-2621C**

**(Filed October 31, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SYSTEM FUELS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On October 30, 2006, Plaintiff filed an unopposed motion for an enlargement of time of 31 days, to and including **November 30, 2006**, within which to file its supplemental brief regarding the impact of recent decisions by this Court and the U.S. Court of Appeals for the Federal Circuit on the parties' pending summary judgment motions. Plaintiff also requests that the Court grant a similar 31-day extension of time to Defendant, to and including, **November 30, 2006**, to file its supplemental brief. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**