IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM FUELS, INC. on its own behalf and, as agent for ENTERGY LOUISIANA, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2621C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME, OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant defendant an enlargement, out of time, of three days, to and including December 22, 2006, within which to respond to plaintiff's motion to stay proceedings in this case. Defendant's response was due on December 19, 2006. Defendant has not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Alex Tomasczcuk, has represented that plaintiff, System Fuels, Inc. ("SFI"), does not oppose this request.

After receiving plaintiff's motion to continue the stay of proceedings in this case, counsel for defendant calendared the due date for the Government's response to that motion. Counsel for defendant subsequently became ill and missed several days of work because of that illness. Unfortunately, during that time, the due date for the Government's response to the plaintiff's motion to stay was inadvertently not identified, and counsel for defendant realized his error only upon his return to the office. We anticipate that our response to the plaintiff's motion will not be lengthy, and this enlargement request, out of time, should not prejudice the plaintiff.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 22, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.