# In the United States Court of Federal Claims

**No. 03-2621C**
**(Filed January 4, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SYSTEM FUELS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

## ORDER GRANTING UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME

---

On December 22, 2006, Defendant filed, pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, a motion for enlargement of time to respond to Plaintiff's November 30, 2006 Motion to Stay Proceedings. Defendant's response was due on December 18, 2006, but Defendant belatedly submitted it on December 22, 2006. Plaintiff does not oppose Defendant's request. Accordingly, the Court **GRANTS** Defendant's motion, nunc pro tunc. Defendant's response is deemed to be filed as of December 22, 2006.

**s/Mary Ellen Coster Williams**
**MARY ELLEN -COSTER WILLIAMS**
**Judge**