# In the United States Court of Federal Claims

**No. 03-2621C**
**(Filed: June 4, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **SYSTEM FUELS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

---

On May 31, 2007, Plaintiff filed, pursuant to Rule 6 and 6.1 of the Rules of the Court of Federal Claims, a motion for an enlargement of time of 29 days, to and including **June 29, 2007**, within which to file a joint status report on further proceedings in this case. Good cause having been shown, this motion is **GRANTED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**