# In the United States Court of Federal Claims

**No. 03-2621C**
**(Filed January 8, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * 

| | |
|---|---|
| **SYSTEM FUELS, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING CONTINUANCE OF STAY

On January 7, 2008, the parties filed a joint status report recommending the continuation of the stay in this case until July 7, 2008. The parties state that multiple spent nuclear fuel cases continue to proceed on various fronts that could inform the Court's resolution of various issues in this case. Good cause having been shown, the Court hereby **GRANTS** the parties' motion and continues the stay through **July 7, 2008.** The parties shall file, on **July 7, 2008**, a joint status report on further proceedings in this case, including whether the stay should be continued and, if so, the length of time the stay should be extended. If the parties are of the view that a status conference in this case would be useful, then the joint status report should also include three mutually agreeable dates for holding a status conference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**