**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 7, 2008)

| | |
|---|---|
| **SYSTEM FUELS, INC.,** on its own behalf and as agent for ENTERGY LOUISIANA, INC., Plaintiff, | |
| v. | No. 03-2621C (Judge Williams) |
| **THE UNITED STATES,** Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 8, 2008 Order, Plaintiff and Defendant, the United States, respectfully and jointly submit this status report recommending the continuation of the stay in this case through January 7, 2009. As detailed in prior status reports, several of the spent nuclear fuel ("SNF") damages cases in this Court are currently or will soon be before the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit"). The resolution of these cases on appeal could inform the Court's adjudication of the instant action. Hence, the parties agree that a continuation of the stay in this case is appropriate.

As previously reported, the Federal Circuit heard oral argument on December 3, 2007, in *Nebraska Pub. Power Dist. v. United States*, No. 2007-5083. Subsequently, on February 4, 2008, the Federal Circuit also heard oral argument in three other SNF appeals: (1) *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.) (*"Yankee"*); (2) *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.) (*"PG&E"*); (3) *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006),

*appeal pending*, No. 2007-5052 (Fed. Cir.) (*"SMUD"*). The Federal Circuit has yet to rule in any of these cases. The resolution of these cases on appeal may inform the instant case.

Several other SNF decisions from this Court have been appealed to the Federal Circuit. *Northern States Power Co. v. United States*, 78 Fed. Cl. 449 (2007), *appeal pending*, No. 2008-5037 (Fed. Cir.); *System Fuels, Inc. v. United States*, 79 Fed. Cl. 37 (2007), *appeal pending*, Nos. 2008-5025, 2008-5035 (Fed. Cir.); *Southern Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007), *appeal pending*, Nos. 2008-5020, 2008-5028 (Fed. Cir.). Briefing in these appeals has been stayed pending a ruling by the Federal Circuit in *Yankee*, *PG&E*, or *SMUD*. Since the last status report, two other appeals were filed, arising out of this Court's decision in *Boston Edison Co. v. United States*, 80 Fed. Cl. 468 (2008), *appeals pending*, Nos. 08-5066, 08-5070 (Fed. Cir.). The ultimate resolution of these other cases may inform this case as well.

**CONCLUSION**

Thus, consistent with the parties' representations in their previous joint status reports in this action, multiple spent fuel cases continue to proceed on various fronts that could inform the Court's resolution of various issues in this case. The parties respectfully submit that the stay in this case should be continued through January 7, 2009.

Dated: July 7, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
System Fuels, Inc., on its own behalf and
as agent for Entergy Louisiana, Inc.

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Jack Y. Chu
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0467
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585



400696391v3